IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO COVIAN,<br><br>　　　Petitioner,<br><br>　v.<br><br>JEANNE WOODFORD, in her capacity of the CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　Respondent.<br>_____/ | No. C 05-04851 JSW<br><br>**ORDER REQUIRING RESPONSE ON APPLICATION TO HOLD FEDERAL HABEAS PETITION IN ABEYANCE PENDING EXHAUSTION OF POTENTIALLY DISPOSITIVE CLAIMS IN STATE COURT** |

　　　On November 28, 2005, Petitioner filed a petition for writ of habeas corpus. Petitioner concedes that the petition, as currently drafted, is a "mixed" petition containing exhausted and unexhausted claims.[1] Petitioner simultaneously filed an application to hold his federal petition in abeyance pending exhaustion of potentially dispositive claims in state court. *See Rhines v. Weber*, __ U.S. __, 125 S.Ct. 1528, 1535 (2005) (holding that a court has discretion to use "stay and abeyance" procedure when presented with mixed petitions, subject to demonstration of good cause for failing to exhaust and potentially meritorious claims, and where federal court imposes time limitations on seeking state exhaustion and noting that "it would likely be an abuse of discretion for a district court to deny a stay" where petitioner meets this standard).

　　　The Court has considered the application and requires a response from Respondent.

---

　　　[1] Petitioner explains that he has included the unexhausted claims in the petition to put Respondent on notice of these claims for purposes of later amending the petition should the state courts not resolve the unexhausted claims in his favor and for the purpose relating those claims back to the filing date of the instant petition. (App. at 4 n.1.)

Accordingly, the Court HEREBY ORDERS that Petitioner shall serve a copy of this Order on Respondent by December 9, 2005.

The Court FURTHER ORDERS that Respondent's response to the application for a stay, shall be due fourteen (14) days after service of this Order. Petitioner may file a reply within five (5) days after service of Respondent's response.

**IT IS SO ORDERED.**

Dated:  December 7, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE