IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO COVIAN,<br><br>    Petitioner,<br><br>  v.<br><br>JEANNE WOODFORD, in her capacity of the CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent.<br>_____/ | No. C 05-04851 JSW<br><br>**ORDER TO PETITIONER TO SHOW CAUSE AND**<br><br>**SECOND ORDER REQUIRING RESPONSE ON APPLICATION TO HOLD FEDERAL HABEAS PETITION IN ABEYANCE PENDING EXHAUSTION OF POTENTIALLY DISPOSITIVE CLAIMS IN STATE COURT** |

On November 28, 2005, Petitioner filed a petition for writ of habeas corpus. Petitioner concedes that the petition, as currently drafted, is a "mixed" petition containing exhausted and unexhausted claims, and simultaneously filed an application to hold his federal petition in abeyance pending exhaustion of potentially dispositive claims in state court. *See Rhines v. Weber*, __ U.S. __, 125 S.Ct. 1528, 1535 (2005) (holding that a court has discretion to use "stay and abeyance" procedure when presented with mixed petitions, subject to demonstration of good cause for failing to exhaust and potentially meritorious claims, and where federal court imposes time limitations on seeking state exhaustion and noting that "it would likely be an abuse of discretion for a district court to deny a stay" where petitioner meets this standard).

On December 7, 2005, this Court issued an Order requiring a response from Respondent. That Order directed Petitioner to serve a copy of this Order on Respondent by December 9, 2005, and required a response fourteen days after service of the Order. No proof of service has been filed and no response has been received by the Defendant. Lacking a proof of service, the Court assumes Petitioner has not complied with the December 7, 2005 Order.

Accordingly, the Court HEREBY ORDERS Petitioner to show cause in writing as to why he failed to comply with the Court's December 7, 2005 Order. A written response shall be due on January 19, 2006.

Petitioner is FURTHER ORDERED to serve a copy of this Order and the December 7, 2005 Order on Respondent by January 19, 2006, and file a proof of service with the Court of those Orders by January 20, 2006.

Respondent's response to the request to hold the Petition in abeyance shall be due within fourteen days after service of those Orders, and Petitioner may file a reply within five (5) days after service of Respondent's response.

**IT IS SO ORDERED.**

Dated: January 12, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE