United States District Court

For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   GUSTAVO COVIAN,
10              Plaintiff,                          No. C 05-04851 JSW
11   v.
12   JEANNE WOODFORD, in her capacity as        **ORDER DISCHARGING ORDER**
    head of the CALIFORNIA DEPARTMENT           **TO PETITIONER TO SHOW**
13   OF CORRECTIONS,                             **CAUSE**
14              Defendant.
15   _____/
16          On January 12, 2006, this Court issued an Order to Petitioner to Show Cause in writing

17   as to why he had failed to comply with the Court's December 7, 2005 Order directing him to

18   serve a copy of the Court's order requiring a response to his application to hold this habeas

19   proceeding in abeyance pending exhaustion of state claims.  On January 17, 2006, Petitioner

20   filed his response to the Order to Show Cause, explaining that he never received a copy of the

21   Court's December 7, 2005 Order.  The Court notes that the e-filing receipt shows that a copy of

22   the Order was served on Petitioner.  The Court shall, however, DISCHARGE the Order to

23   Petitioner to Show Cause without taking further action.  Petitioner is admonished to carefully

24   monitor the docket in this case, and if Petitioner fails to respond to a future order of this Court,

25   //

26   //

27   //

28   //

sanctions may be imposed.

**IT IS SO ORDERED.**

Dated:  January 19, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

2