IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO COVIAN,<br><br>    Petitioner,<br><br>v.<br><br>JEANNE WOODFORD, in her capacity of the<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS,<br><br>    Respondent. | No. C 05-04851 JSW<br><br>**ORDER TO SHOW CAUSE** |

On November 28, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 10, 2006, the Court denied Petitioner's request to stay unexhausted claims and hold his petition in abeyance pending exhaustion of those claims. In that Order, the Court required Petitioner to file a signed document stating unequivocally which option he chooses within thirty(30) days of the Court's Order.

On May 8, 2006, Petitioner filed an amended petition which omits the unexhausted claims.

**BACKGROUND**

On February 11, 2003, in the Superior Court of the State of California for the County Santa Clara, Petitioner was convicted by a jury of murder in the first degree murder with the added financial gain special circumstance. Petitioner was later sentenced to life in prison without the possibility of parole.

## LEGAL CLAIMS

Petitioner contends his judgment of conviction was unlawfully and unconstitutionally imposed in violation of his rights under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution because the trial court refused to allow the defense to reopen its case when new evidence pointing to Petitioner's innocence became available during deliberations and which was never presented to the jury that decided Petitioner's guilt.

Liberally construed, the claims appear potentially colorable under 28 U.S.C. § 2254 and merit an answer from Respondents.

## CONCLUSION

For the foregoing reasons and for good cause shown:

1. Petitioner shall serve by certified mail a copy of this Order and the amended petition and all attachments thereto upon Respondents.

2. Respondents shall file with the Court and serve on Petitioner, within 60 days of the date of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondents within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: August 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE