IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUSTAVO COVIAN,<br><br>                             Petitioner,<br><br>   v.<br><br>JEANNE WOODFORD, Director, California Department of Corrections and Rehabilitation,<br><br>                             Respondent. | C 05-04581 JSW<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until November 16, 2006, to file her answer to the petition for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer.

DATED: September 29, 2006.

_____
JEFFREY S. WHITE
United States District Judge